IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THY VANN, V83462, | ) | |
| Plaintiff(s), | ) | No. C 13-5454 CRB (PR) |
| v. | ) | ORDER |
| D. TAPIA, et al., | ) | |
| Defendant(s). | ) | |

This pro se prisoner action for damages under 42 U.S.C. § 1983 was recently reassigned to the undersigned.

In order to expedite the resolution of this case, defendants shall serve and file a motion for summary judgment or other dispositive motion by no later than December 5, 2014. Plaintiff must serve and file an opposition or statement of non-opposition to the dispositive motion not more than 28 days after the motion is served and filed, and defendants must serve and file a reply to an opposition not more than 14 days after the opposition is served and filed.

SO ORDERED.

DATED: October 22, 2014

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.13\Vann, T, 13-5454.or1.wpd